IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DIRECTV, INC., a California Corp.,

    Plaintiff,

v.                                       No. 04-2399 B V

JESSE POWELL,

    Defendant.

---

ORDER DIRECTING DEFENDANT TO COMPLY WITH THE COURT'S JULY 6 ORDER

---

Before the Court is the July 20, 2005 brief of pro se Defendant, Jesse Powell, filed in response to the Court's July 6, 2005 order directing the parties to submit written positions on the issue of what effect, if any, Defendant's bankruptcy has on this case. In his brief, however, Powell has not addressed the issue nor submitted any proof indicating that he is in fact involved in bankruptcy proceedings. Therefore, Defendant is hereby DIRECTED to comply with the Court's July 6 order and to submit a written legal argument within eleven (11) days of the entry hereof addressing the impact of his bankruptcy on this proceeding. The Defendant is warned that failure to comply with the Court's order may result in a judgment being entered against him.

**IT IS SO ORDERED** this 25th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02399 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jesse Powell
6649 Bentbirch Cove
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT