UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 AM 10: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| DIRECTV, Inc., a California corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 04-2399 BV |
| v. | ) |
| | ) |
| JESSE POWELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court upon announcement of the parties that, pursuant to Defendant Jesse Powell's representation that he filed a Chapter 13 bankruptcy proceeding on or about April 7, 2005, the parties have agreed to dismiss the captioned case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the captioned case shall be and the same hereby is dismissed.

_____
Judge

Date: 9/13/05

M ALM 895813 v1
2815281-000524 08/08/05

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02399 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Jesse Powell
6649 Bentbirch Cove
Memphis, TN 38115

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT