UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ ᴅᶜ D.C.

05 SEP 15 PM 2:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

DIRECTV, Inc., a California corporation,   **JUDGMENT IN A CIVIL CASE**

   Plaintiff,

v.

JESSE POWELL,   **CASE NO: 2:04-2399-B**

   Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on September 14, 2005, this cause is hereby dismissed.

APPROVED:

_/s/ J. Daniel Breen_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/15/05
Date

~~THOMAS M. GOULD~~
Clerk of Court

_/s/ Judy Cashy_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-16-05

(29)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02399 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jesse Powell
6649 Bentbirch Cove
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT